IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-13 00184 CW |
| Plaintiff, | ORDER STAYING REQUEST FOR INVOLUNTARY MEDICATION |
| vs. | |
| RAYVELL NEWTON, | |
| Defendant. | |

On January 6, 2014, this Court held a competency status hearing.  Defendant Rayvell Newton was not present because he refused to leave his jail cell to attend the hearing.  The parties did not dispute that Mr Newton was incompetent and the Court ordered him to remain in the custody of the Attorney General until restored to competency or until the law requires his release.

The Court now has before it a forensic mental health evaluation report conducted by the Federal Bureau of Prisons.  In the report, Lee Ann Preston Baecht, Ph.D. and Robert Sarrazin, M.D., state their joint belief that Mr Newton can be restored to competency if he is involuntarily treated with anti-psychotic medication.

The parties have notified the Court that they are discussing an alternative resolution of this case that contemplates a civil commitment to a State of California psychiatric hospital.  According to defense counsel, such a commitment would involve a petition filed in the Superior Court for the State of California under Cal. Welfare & Institutions Code § 6500 *et seq*.

Good cause appearing therefor, IT IS ORDERED that further proceedings regarding the Bureau of Prisons' request to medicate Defendant Rayvell Newton involuntarily are hereby

ORDER STAYING INVOLUNTARY
MEDICATION                                                             1

1 STAYED pending the parties' attempt to resolve this case with a civil commitment as described
2 above. The matter shall be set for a status conference on September 8, 2014 to discuss the
3 progress of the contemplated resolution. Defendant need not be present at the September 8, 2014
4 status conference.

6 Dated: August 5, 2014

CLAUDIA WILKEN
United States District Judge

ORDER STAYING INVOLUNTARY
MEDICATION                              2