MELINDA HAAG (CABN 132612)
United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

BRIGID S. MARTIN (CABN 231705)
Assistant United States Attorney
    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    FAX: (510) 637-3724
    Brigid.Martin@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 13-00184 CW |
| Plaintiff | **AMENDED STIPULATION AND [~~PROPOSED~~] ORDER TO SET STATUS HEARING** |
| v. | |
| RAYVELL ANDREA NEWTON, | |
| Defendant. | |

    The defendant was previously found incompetent to stand trial, and further ordered to be restored to competency via involuntary medication at a Bureau of Prisons Medical Facility. The parties understand that the treatment facility believes that the defendant has been restored to competency. The defendant is currently in transit on his way back to the Northern District of California, to continue with this case.

    The parties believe that the defendant will be back here in the custody of the United States Marshal Service by April 22, 2015. Therefore, the parties request that this matter be put on the

//

CR 13-00184 CW
STIP. AND PROP. ORDER

Court's calendar for a status hearing on April 22, 2015, at 1:00 p.m.

DATED: April 7, 2015                    Respectfully submitted,

                                        MELINDA HAAG
                                        United States Attorney

                                        ___/s/_____
                                        BRIGID S. MARTIN
                                        Assistant United States Attorney

                                        ___/s/_____
                                        JEROME MATTHEWS
                                        Counsel for Mr. Newton

**[~~PROPOSED~~] ORDER**

SO ORDERED AS MODIFIED, the court is not available on the date the parties selected.

Based on the representation of the parties and joint request to reset this matter, IT IS HEREBY ORDERED that the matter is set before this Court for a status hearing on ~~April 22, 2015~~ May 6, 2015, at 1:00 p.m.



_____
HON. CLAUDIA WILKEN
Senior United States District Judge

DATED: 04/10/2015

CR 13-00184 CW
STIP. AND PROP. ORDER