STEVEN G. KALAR
Federal Public Defender
JEROME E. MATTHEWS
Assistant Federal Public Defender
1301 Clay Street, Suite 1350N
Oakland, CA 94612
Telephone:	(510) 637-3500
Facsimile:	(510) 637-3507

Counsel for Defendant RAYVELL NEWTON

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                       Plaintiff,<br><br>   v.<br><br>RAYVELL NEWTON,<br><br>                       Defendant. | No. CR 13 00184 CW[KAW]<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL APPEARANCE AND ARRAIGNMENT** |

This matter is scheduled for initial appearance and arraignment on a Form 12 on 21 June 2018. Defendant Rayvell Newton is out of custody. Due to scheduling issues between counsel for the parties, and to facilitate discussions about further proceedings in this case,

IT IS STIPULATED AND AGREED that the initial appearance and arraignment be continued to 26 June 2018.

June 19, 2018                                                            /s/ Brigid Martin
                                                                                                 BRIGID MARTIN
                                                                                                 Assistant United States Attorney

June 19, 2018                                                            /s/ Jerome E. Matthews
                                                                                                 JEROME E. MATTHEWS
                                                                                                 Assistant Federal Public Defender

June 19, 2018                                      /s/ Nicole Brown
                                                   NICOLE BROWN
                                                   U.S. Probation Officer

Good cause appearing therefor, IT IS ORDERED that the initial appearance and arraignment currently scheduled for 21 June 2018 be continued to 26 June 2018.

.

June  19 , 2018                                    _____/s/ Kandis Westmore_____
                                                   KANDIS A. WESTMORE
                                                   United States Magistrate Judge